# EXHIBIT 1

Query    Reports ▾    Utilities ▾    Help    Log Out

# Criminal Cases Report

### U.S. District Court - District of Colorado -- District of Colorado
### Filed Report Period: 1/25/2025 - 3/10/2025

| Case Number/ Title | Case Dates | Days Pending | Notes |
|---|---|---|---|
| 25-118 **Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-119 **Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-120 **Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-121 **Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-122 **Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-123 **Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-124 **Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-125 **Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-126 **Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-129 **Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-130 **Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |

| | | | |
|---|---|---|---|
| 25-131<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-132<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-133<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-134<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-135<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-136<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-137<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-138<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-139<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-140<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-141<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-142<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-143<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-144<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |

| | | | |
|---|---|---|---|
| 25-145<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-146<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-147<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-148<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-149<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-150<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-151<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-152<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-153<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-154<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-155<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-156<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-157<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-158<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |

| | | | |
|---|---|---|---|
| 25-159<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-160<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-161<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-162<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-163<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-164<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-165<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-166<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-167<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-168<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-169<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-170<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-171<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-172<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |

| 25-173 Sealed v. Sealed | | | |
|---|---|---|---|
| Defendant *SEALED* | | | |
| 25-174 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-175 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-176 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-177 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-178 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-179 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-180 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-181 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-182 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-183 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-184 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-185 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-186 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |

| 25-187 Sealed v. Sealed | | | |
|---|---|---|---|
| Defendant *SEALED* | | | |
| 25-188 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-189 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-190 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-191 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-192 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-193 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-194 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-195 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-196 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-197 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-198 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-199 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-200 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |

| | | | |
|---|---|---|---|
| 25-201<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-202<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-203<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-204<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-205<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-206<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-207<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-208<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-209<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-210<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-211<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-212<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-213<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-214<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |

| | | | |
|---|---|---|---|
| 25-215<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-216<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-217<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-218<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-219<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-220<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-221<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-222<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-223<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-224<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-225<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-226<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-227<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-228<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |

| | | | |
|---|---|---|---|
| 25-229<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-230<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-231<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-232<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-233<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-234<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-235<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-236<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-237<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-238<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-239<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-240<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-241<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-242<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |

| | | | |
|---|---|---|---|
| 25-243<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-244<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-245<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-246<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-247<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-248<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-249<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-250<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-252<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-253<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-254<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-258<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-259<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-260<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |

| 25-261 Sealed v. Sealed | | | |
|---|---|---|---|
| Defendant *SEALED* | | | |
| 25-262 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-263 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-264 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-265 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-266 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-267 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-268 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-269 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-270 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-271 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-272 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-273 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-274 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |

| 25-275<br>**Sealed v. Sealed** | | | |
|---|---|---|---|
| Defendant *SEALED* | | | |
| 25-276<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-277<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-278<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-279<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-280<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-281<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-282<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-283<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-284<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-285<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-286<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-287<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-288<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |

| | | | |
|---|---|---|---|
| 25-289<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-290<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-291<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-292<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-293<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-294<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-295<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-296<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-297<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-298<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-299<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-300<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-301<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-302<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |

| 25-303 Sealed v. Sealed | | | |
|---|---|---|---|
| Defendant *SEALED* | | | |
| 25-304 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-305 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-306 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-307 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-308 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-309 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-310 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-311 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-312 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-313 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-314 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-315 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-316 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |

| 25-317 Sealed v. Sealed | | | |
|---|---|---|---|
| Defendant *SEALED* | | | |
| 25-318 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-319 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-320 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-321 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-322 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-323 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-324 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-325 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-326 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-327 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-328 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-329 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |
| 25-330 Sealed v. Sealed | | | |
| Defendant *SEALED* | | | |

| 25-331<br>**Sealed v. Sealed** | | | |
|---|---|---|---|
| Defendant *SEALED* | | | |
| 25-332<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |
| 25-333<br>**Sealed v. Sealed** | | | |
| Defendant *SEALED* | | | |

**Total Number of Cases Reported:** 210

## Selection Criteria for Report

| Office | All |
|---|---|
| **Case type(s)** | sw |
| **Citation** | All |
| **Pending counts** | No |
| **Disposed counts** | No |
| **CVB Cases** | No |
| **Filed Date** | 1/25/2025 - 3/10/2025 |
| **Case flags** | All |
| **Terminal digits** | All |
| **Pending defendants** | Yes |
| **Terminated defendants** | Yes |
| **Fugitive defendants** | No |
| **Non-fugitive defendants** | Yes |
| **Sort by** | case number |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/10/2025 13:05:28 | | | |
| **PACER Login:** | reporters | **Client Code:** | |
| **Description:** | Criminal Cases Report | **Search Criteria:** | Filed From: 1/25/2025 Filed To: 3/10/2025 |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |