# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

IN RE PETITION FOR WRIT OF
MANDAMUS OF COLORADO PUBLIC
RADIO

Case No. _____

Related Cases:
No. 25-SW-0017-NRN
Unknown Case Number(s)

## DECLARATION OF ALLISON SHERRY

I, Allison Sherry, declare as follows:

1.      I am a reporter for Colorado Public Radio.  I have personal knowledge of the matters stated in this declaration.

2.      As a reporter covering immigration and criminal justice, I report on a range of stories, with a focus on the criminal justice system among other topics.[1]

3.      On or around January 26, 2025, it was reported that U.S. Immigration and Customs Enforcement, the Federal Bureau of Investigation, and Drug Enforcement Administration agents conducted a raid at a makeshift nightclub at the 6600 block of Federal Boulevard in Denver, Colorado.  *See* Molly Cruse, *Alleged Tren de Aragua members among 49 arrested in DEA raid*, Denverite (Jan. 27, 2025), https://perma.cc/R9KD-5NCE.  On the same day, a press release was published about the DEA's raid pursuant to a search warrant on January 26, 2025 that was executed

---

[1]      *See* Allison Sherry, CPR News, https://perma.cc/HGB9-D9XC (last visited Mar. 14, 2025); *see also Planned large-scale immigration action in Aurora postponed after publicity*, CPR News (Jan. 29, 2025), https://perma.cc/V443-BT5B; *Listen: They arrived in Denver's immigration wave. Here's how they're preparing for the next four years*, CPR News (Jan. 20, 2025), https://perma.cc/2DXC-7NPW; *The nation's murder rate is plummeting. Colorado's is mostly flat*, CPR News (Jan. 1, 2025), http://perma.cc/G8W3-LA8Z; *Franken seeks FBI answers on federal attempts to question Standing Rock protesters*, Minn. Star Trib. (Mar. 5, 2017), https://perma.cc/5HUE-9A3T.

by the Rocky Mountain Field Division of the DEA.  Press Release, *DEA Rocky Mountain Field Division Executes Search Warrant on Known Tren de Aragua Gang Location in Metro Denver*, Drug Enf't Admin. (Jan. 26, 2025), https://perma.cc/8XCG-BSG3.   A DEA spokesman said via reporting that no charges were likely to result.  *See* Jennifer Brown, *ICE hasn't revealed how many people were detained during raids of Denver, Aurora apartment complexes*, Colo. Sun (Feb. 7, 2025), https://perma.cc/5J99-DK86.

4.      When I learned about the raid, I contacted the clerk of the U.S. District Court for the District of Colorado on or around January 28, 2025 and made an informal request for access to the search and/or arrest warrants, affidavits, and returns on those warrants, including an inventory of any items seized from the January 26, 2025 raid at the 6600 block of Federal Boulevard.  One warrant was signed by Magistrate Judge N. Reid Neureiter.  As of the filing of this motion to intervene and unseal, I have not received any additional information related to my request.

5.      Later, I learned that additional search warrants were executed at two apartment complexes on or around February 5, 2025, located at 1218 Dallas St., Aurora, CO 80010, and 840 S. Oneida St., Denver, CO 80224.  *See* Kevin Beaty & Kyle Harris, *ICE and federal agents raid multiple metro Denver apartments early Wednesday*, Denverite (Feb. 5, 2025), https://perma.cc/W3F4-J6XA; *see* Allison Sherry & Ben Markus, *Immigration raids in Colorado, both highly visible and cloaked in secrecy, rattle advocates and local authorities*, CPR News (Feb. 6, 2025), https://perma.cc/XWA7-A3NK (noting reports that approximately 30 people were detained but that "no official tally of those taken into custody was given" and indicating that federal officials "wouldn't answer questions about how many warrants were signed by judges or whether any federal criminal charges might be lodged").

6.      Based on the reporting described above, *supra* para. 3-4, 1 sought access to the related search and/or arrest warrants, affidavits, return warrants, and inventory from the clerk of the U.S. District Court in Colorado.

7.      On February 12, 2025, after receiving information that one or more of the warrants executed at the 6600 block of Federal Boulevard may have been executed, I requested access to the above-described warrant materials via email to Judge N. Reid Neureiter's chambers. However, I was told by Judge Neureiter's clerk via email on February 14, 2025 that I would need to file a motion to access any additional information. **Exhibit A.**

8.      Later, on February 12, 2025, I obtained a warrant for 840 S. Oneida St. from a source on the scene that was signed by Judge Timothy P. O'Hara.  However, the document (attached as **Exhibit B**) does not include the relevant court docket number; that information is sealed.

9.      Also on February 12, 2025, I emailed Judge O'Hara's chambers to request access to the 840 S. Oneida St. warrant materials. **Exhibit C**. In a response from Clerk of Court Jeffrey Colwell, I was instructed that any additional information regarding access to the arrest and/or search warrant(s), affidavit(s), return warrant(s), inventory, and related materials would require me to file a motion. **Exhibit C**.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 19th day of March 2025.

By _____

Allison Sherry, Reporter for CPR

# EXHIBIT A

Case No. 1:25-cv-00906-GPG   Document 1-4   filed 03/20/25   USDC Colorado   pg 5 of 14

3/11/25, 5:25 PM                    The Reporters Committee for Freedom of the Press Mail - Fwd: request to unseal a warrant and affidavit supporting it



Rachael Johnson <rjohnson@rcfp.org>

## Fwd: request to unseal a warrant and affidavit supporting it
1 message

**Allison Sherry** <asherry@cprmail.org>                          Tue, Mar 11, 2025 at 9:38 AM
To: Rachael Johnson <Rjohnson@rcfp.org>, Chuck Murphy <cmurphy@cprmail.org>



### 📻 Colorado Public Radio

**Allison Sherry**
**Justice/Immigration Reporter, CPR News**
Colorado Public Radio
303 E 17th Avenue, Suite 200 | Denver, CO 80203
(303) 871-9191, ext. 4452
Mobile: 303-956-7773
Let's connect: @allisonsherry.bsky.social and @allisonsherry on X (though not posting there currently)
www.cpr.org

---------- Forwarded message ---------
From: **Allison Sherry** <asherry@cprmail.org>
Date: Fri, Feb 14, 2025 at 1:16 PM
Subject: Fwd: request to unseal a warrant and affidavit supporting it
To: Chuck Murphy <cmurphy@cprmail.org>

### 📻 Colorado Public Radio

**Allison Sherry**
**Justice/Immigration Reporter, CPR News**
Colorado Public Radio
303 E 17th Avenue, Suite 200 | Denver, CO 80203
(303) 871-9191, ext. 4452
Mobile: 303-956-7773
Let's connect: @allisonsherry.bsky.social and @allisonsherry on X (though not posting there currently)
www.cpr.org

---------- Forwarded message ---------
From: **Neureiter Chambers** <Neureiter_Chambers@cod.uscourts.gov>
Date: Fri, Feb 14, 2025 at 12:31 PM
Subject: RE: request to unseal a warrant and affidavit supporting it
To: Allison Sherry <asherry@cprmail.org>

Case No. 1:25-cv-00906-GPG    Document 1-4    filed 03/20/25    USDC Colorado    pg 6 of 14

3/11/25, 5:25 PM                    The Reporters Committee for Freedom of the Press Mail - Fwd: request to unseal a warrant and affidavit supporting it

Ms. Sherry,


You would need to file a motion with the Clerk's Office with notice to the US Attorney. The Court cannot act on emails.


Have a good holiday weekend.


Tom


Thomas Connell, Law Clerk
Honorable N. Reid Neureiter
United States Magistrate Judge
U.S. District Court for the District of Colorado
901 19th Street, A442

Denver, CO  80294
303.335.2403


---

**From:** Allison Sherry <asherry@cprmail.org>
**Sent:** Wednesday, February 12, 2025 3:13 PM
**To:** Neureiter Chambers <Neureiter_Chambers@cod.uscourts.gov>
**Subject:** request to unseal a warrant and affidavit supporting it


**CAUTION - EXTERNAL:**



Hi Judge Neureiter,

I realize this is a bit unorthodox, but, like other media outlets, we have limited resources to legally file motions and so I thought I'd approach you this way. I'm seeking the affidavit in support of a warrant you signed in January, case number 25-SW-00117. It was in the manner of the search of a property in the 6600 block of Federal Boulevard.


That warrant and the affidavit remain sealed. No criminal charges have been filed against anyone and it's been several weeks. We respectfully request you unseal both the affidavit and the search warrant.


Thank you for your consideration and for reading this.

Allison Sherry

303-956-7773

**Allison Sherry**
**Justice/Immigration Reporter, CPR News**
Colorado Public Radio
303 E 17th Avenue, Suite 200 | Denver, CO 80203
(303) 871-9191, ext. 4452
Mobile: 303-956-7773
Let's connect: @allisonsherry.bsky.social and @allisonsherry on X (though not posting there currently)
www.cpr.org

...

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

...

# EXHIBIT B

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>840 S. ONEIDA ST., DENVER, COLORADO,<br>80224, INCLUDING APT 210, MORE FULLY<br>DESCRIBED IN ATTACHMENT A | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of th
following person or property located in the _____ District of <u>Colorado</u> *(identify the person or describe the property to be
searched and give its location)*:

### SEE "ATTACHMENT A" attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or
property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

### SEE "ATTACHMENT B" attached hereto and incorporated by reference

**YOU ARE COMMANDED** to execute this warrant on or before <u>February 17, 2025</u> *(not to exceed 14 days)*

☒ in the daytime  6:00 a.m. to 10 p.m.    ☐ at any time in the day or night because good cause has been establish

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property
taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at
the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an
inventory as required by law and promptly return this warrant and inventory to <u>Timothy P. O'Hara</u>____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S
§ 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or
whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*.    ☐ until, the facts justifying, the later specific date of _____

Date and time issued: _____2/3/25_____

City and state: _____Denver, CO_____

**Timothy P. OHara**   Digitally signed by Timothy P.
OHara
Date: 2025.02.03 17:35:14 -07'00'

*Judge's signature*

Timothy P. O'Hara
<u>United States Magistrate Judge</u>
*Printed name and title*

**ATTACHMENT B**

**DESCRIPTION OF ITEMS TO BE SEIZED AND SEARCHED**

For the premises listed and described in Attachment A, investigators are authorized to search for and seize the following items, which constitute evidence of the commission of the crime of violations of: 8 U.S.C. § 1326(a): reentry of removed alien (the "Subject Offense"). Documentary evidence (as further described herein) will be seized only if such documents facially constitute evidence of the Subject Offenses:

1. Identification documents issued by the government of any country.

2. Passports or other travel documents issued by the government of any country.

3. Any documents relating to travel to or within the United States, including tickets, receipts, and documents showing reservations for transportation or lodging, or other documents relevant to determining the target's location or travel.

4. Any document relevant to country of nativity or citizenship, including birth certificates or naturalization certificates.

5. Any safe, lock box, combination safe and the contents thereof as they relate to the Subject Offenses, any safe deposit box keys, storage keys, or records pertaining to safe deposit boxes or storage units or areas where documents relating to the Subject Offenses may be located.

6. Indicia of ownership or occupancy of the searched property and items seized.

7. Investigators are authorized to document the areas to be searched with photographs and video recordings.


If the government becomes aware of a reasonable possibility that seized materials may include attorney-client privileged information, the government will implement filter protocols to safeguard attorney-client privileged materials and segregate those materials from review by any member of the investigative team.

2



# EXHIBIT C

From: **Jeffrey Colwell** <Jeffrey_P_Colwell@cod.uscourts.gov>
Date: Thu, Feb 13, 2025 at 10:04 AM
Subject: FW: Request from a journalist to unseal a warrant and affidavit supporting it
To: asherry@cprmail.org <asherry@cprmail.org>

Hi Allison:

I'm afraid I can't remember if we've met or spoken with each other before. I am the Clerk of Court for the U.S. District Court for the District of Colorado. In that capacity I also serve as our Court's PIO. Your inquiry below was directed to me.

Search warrants of any kind are filed and often ordered to kept sealed by a judicial officer for a variety of reasons ordinarily at the request of, and justification provided by, the U.S. Attorney's Office who files the warrant request.

If and until a motion to unseal a search warrant is presented to (aka filed in our Court), and approved by, the issuing judicial officer ... any search warrant will remain sealed.

Thank you,

-Jeff Colwell

Clerk of Court

U.S. District of Colorado

O:  303-844-5420

C:  720-320-8798

Twitter:  @USDC_CO

---

**From:** Allison Sherry <asherry@cprmail.org>
**Sent:** Wednesday, February 12, 2025 3:04 PM
**To:** O'Hara Chambers <O'Hara_Chambers@cod.uscourts.gov>
**Subject:** request to unseal a warrant and affidavit supporting it

==CAUTION - EXTERNAL:==

Hi Judge O'Hara,

I realize this is a bit unorthodox, but, like other media outlets, we have limited resources to legally do things and I'm seeking the affidavit in support of a warrant you signed 2/3/2025 in the matter of the search of 840 S. Oneida Street, including Apt 210.

That warrant and the affidavit remain sealed. No criminal charges have been filed against anyone and we respectfully request you unseal both the affidavit and the search warrant.

Thank you for your consideration and for reading this.

Allison Sherry

303-956-7773

**Colorado Public Radio**

**Allison Sherry**
**Justice/Immigration Reporter, CPR News**
Colorado Public Radio
303 E 17th Avenue, Suite 200 | Denver, CO 80203

(303) 871-9191, ext. 4452
Mobile: 303-956-7773
Let's connect: @allisonsherry.bsky.social and @allisonsherry on X (though not posting there currently)
www.cpr.org

...

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.