IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **IN RE PETITION FOR WRIT OF MANDAMUS OF PUBLIC BROADCASTING OF COLORADO, INC.,** *d/b/a* **COLORADO PUBLIC RADIO** | Case No. _____<br><br>Related Cases:<br>No. 25-SW-0017-NRN<br>Unknown Case Number(s) |

## CORPORATE DISCLOSURE STATEMENT

Public Broadcasting of Colorado, Inc., *d/b/a* Colorado Public Radio, is a nonprofit corporation with no parent corporation and no stock.

Dated: March 20, 2025

Respectfully submitted,

*/s/ Rachael Johnson*
Rachael Johnson
REPORTERS COMMITTEE FOR
 FREEDOM OF THE PRESS
c/o Colorado News Collaborative
2101 Arapahoe Street
Denver, CO 80205
Telephone: 970-486-1085
Facsimile: 202-795-9310
rjohnson@rcfp.org

*Counsel for Public Broadcasting of Colorado, Inc.,* d/b/a *Colorado Public Radio*