# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **IN RE PETITION FOR WRIT OF MANDAMUS OF PUBLIC BROADCASTING OF COLORADO, INC.,** *d/b/a* **COLORADO PUBLIC RADIO** | Case No. _____<br><br>Related Cases:<br>No. 25-SW-0017-NRN<br>Unknown Case Number(s) |

## [PROPOSED] ORDER

Upon consideration of Public Broadcasting of Colorado, Inc., *d/b/a* Colorado Public Radio's Petition for Writ of Mandamus Compelling Unsealing or, in the Alternative, Motion to Intervene and Unseal (the "Petition"), it is HEREBY ORDERED that:

The Petition is GRANTED.

The Clerk of Court is hereby ORDERED to unseal the docket sheets and filings in the Matters of 6600 block of Federal Boulevard, Denver, CO 80221 (Case No. 25-SW-0017); 1218 Dallas St., Aurora, CO 80010 (Case No. _____); and 840 S. Oneida St., Denver, CO 80224 (Case No. _____).

**[OR, IN THE ALTERNATIVE]**

The Petition is GRANTED.

The Clerk of Court is hereby ORDERED to docket the Petition as a MOTION TO UNSEAL in the Matters of 6600 block of Federal Boulevard, Denver, CO 80221 (Case No. 25-SW-0017); 1218 Dallas St., Aurora, CO 80010 (Case No. _____); and 840 S. Oneida St., Denver, CO 80224 (Case No. _____).

It is further ORDERED that the Clerk of Court should provide notice of the Petition to the following parties: _____.

It is further ORDERED that the aforesaid parties shall file a response to the Petition by the following date: _____, 2025.

SO ORDERED.

Date: _____                                             _____
                                                                United States District Judge