IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Date:                May 29, 2025
Courtroom Deputy:    Donald L. Clement
Court Reporter:      Darlene Martinez

| | |
|---|---|
| Civil Action No. **1:25-cv-00906-GPG** | Counsel: |
| PUBLIC BROADCASTING OF COLORADO, INC., | Rachael Christine Johnson<br>Allyson Veile |
| Plaintiff, | |
| v. | |
| NO NAMED RESPONDENT | |
| Respondent, | |
| UNITED STATES OF AMERICA, | Logan P. Brown<br>Nicholas Albert Deuschle |
| Interested Party, | |

## COURTROOM MINUTES

**VIDEO STATUS CONFERENCE**

**3:41 p.m.**      **Court in session.**

Court calls case. Appearances of counsel.

Opening remarks by the Court pertaining to the Petition for Writ of Mandamus [D. 1], U.S. Response to Court Order [D. 7], Restricted Document [D. 8], First Motion to Un-restrict Document 7 and 8 [D. 11], and Order granting in part and denying in part ECF 11.

**ORDERED:**   that the records pertaining to Case No. 25-sw-00017 will remain sealed for the reasons set forth in ECF 8 and the Petition for Writ of Mandamus [D. 1] is **DENIED** to the extent that it seeks to unseal those records.

**ORDERED:** that the Government file an update, under seal, every 180 days addressing any continued need to seal the records that are set forth in Case 25-sw-00017 (or provide updates at earlier intervals should the Government's position on sealing change).

**ORDERED:** that within 10 days, the Government is to file redacted versions of the Warrant Materials and ECF 8 in an unrestricted fashion.

**ORDERED:** that within 10 days, the Government shall file versions of the Warrant Materials in a sealed fashion for the Court's in camera review.

Ms. Johnson requests that the docket sheets associated with the Warrant Materials be filed unredacted.

**ORDERED:** that within 10 days, the Government shall review the docket sheets associated with the Warrant Materials and file such docket sheets in an unredacted fashion or provide its position as to whether and what redactions are appropriate (or whether such docket sheets should remain restricted in their entirety).

**4:09 p.m.      Court in recess. Hearing concluded.**
Total time in court: 00:28 Minutes