**Exhibit 4**

**UNREDACTED DOCKET SHEETS FOR:**
1. Case No. 25-sw-173
2. Case No. 25-sw-176
3. Case No. 25-sw-177

# U.S. District Court - District of Colorado
# District of Colorado (Denver)
# CRIMINAL DOCKET FOR CASE #: 1:25-sw-00173-TPO-1

Case title: USA v. 1218 Dallas St., Aurora, Colorado, 80010, Apt 101

Date Filed: 02/04/2025

Assigned to: Magistrate Judge Timothy P O'Hara

**Defendant (1)**

**1218 Dallas St., Aurora, Colorado, 80010, Apt 101**
*more fully described in Attachment A*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **J.D. Rowell**<br>U.S. Attorney's Office<br>District of Colorado<br>1801 California Street<br>Suite 1600<br>Denver, CO 80202<br>303-454-0100<br>Fax: 303-454-0401<br>Email: jd.rowell@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Federal Agency Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/03/2025 | 1 | APPLICATION and Affidavit for a Warrant by Telephone or Other Reliable Electronic Means by Affiant as to 1218 Dallas St., Aurora, Colorado, 80010, Apt 101. (agryan) Modified on 6/20/2025 per ECF 11 ORDER (amona,). (Entered: 02/04/2025) |
| 02/03/2025 | 2 | Search and Seizure Warrant Issued in case as to 1218 Dallas St., Aurora, Colorado, 80010, Apt 101 by Magistrate Judge Timothy P O'Hara. (agryan) (Entered: 02/04/2025) |
| 02/03/2025 | 3 | MOTION to Restrict Case by USA as to 1218 Dallas St., Aurora, Colorado, 80010, Apt 101. (agryan) (Entered: 02/04/2025) |
| 02/03/2025 | 4 | ORDER granting 3 Motion to Restrict Case as to 1218 Dallas St., Aurora, Colorado, 80010, Apt 101 (1) by Magistrate Judge Timothy P O'Hara on 2/3/2025. (agryan) (Entered: 02/04/2025) |
| 02/07/2025 | 5 | Search Warrant Returned Unexecuted in case as to 1218 Dallas St., Aurora, Colorado, 80010, Apt 101. (echa, ) (Entered: 02/07/2025) |
| 06/05/2025 | 6 | MOTION to Unrestrict Case *and file partially redacted substitute Doc. 1 and Doc. 5* by USA as to 1218 Dallas St., Aurora, Colorado, 80010, Apt 101. (Attachments: # 1 Exhibit Partially Redacted Unrestricted Doc. 1, # 2 Exhibit Partially Redacted Unrestricted Doc. 5, # 3 Proposed Order (PDF Only))(Rowell, J.D.) (Entered: 06/05/2025) |
| 06/16/2025 | 7 | ORDER Granting Miscellaneous Relief as to 1218 Dallas St., Aurora, Colorado, 80010, Apt 101 (1). By Magistrate Judge Timothy P O'Hara on 6/16/2025. (amona,) (Entered: 06/16/2025) |
| 06/16/2025 | 8 | REDACTED APPLICATION and Affidavit for a Warrant by Telephone or Other Reliable Electronic Means as to 1218 Dallas St., Aurora, Colorado, 80010, Apt 101. (Filed Pursuant to ECF 7 ORDER). (amona,) (Entered: 06/16/2025) |
| 06/16/2025 | 9 | REDACTED Search Warrant Returned Unexecuted as to 1218 Dallas St., Aurora, Colorado, 80010, Apt 101. (Filed Pursuant to ECF 7 ORDER). (amona,) (Entered: 06/16/2025) |
| 06/19/2025 | 10 | MOTION for Leave to Restrict by USA as to 1218 Dallas St., Aurora, Colorado, 80010, Apt 101. (Attachments: # 1 Proposed Order (PDF Only))(Rowell, J.D.) (Entered: 06/19/2025) |
| 06/20/2025 | 11 | ORDER Granting Miscellaneous Relief as to 1218 Dallas St., Aurora, Colorado, 80010, Apt 101 (1). For good cause shown, the Government's Supplemental Motion Seeking Miscellaneous Relief [Doc. 10 ] is **granted**. ORDERED that the Clerk of Court shall edit the docket sheet entry for Doc. 1 by removing the Affiant's name. By Magistrate Judge Timothy P O'Hara on 6/20/2025. (amona,) (Entered: 06/20/2025) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/20/2025 08:47:44 | | |
| **PACER Login:** ndeuschle | **Client Code:** | |
| **Description:** Docket Report | **Search Criteria:** | 1:25-sw-00173-TPO |
| **Billable Pages:** 2 | **Cost:** | 0.20 |

TERMED

# U.S. District Court - District of Colorado
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: 1:25-sw-00176-TPO-1

| | |
|---|---|
| Case title: USA v. 840 S. Oneida St., Denver, Colorado, 80224, Including Apt 210 | Date Filed: 02/03/2025 |
| | Date Terminated: 02/07/2025 |

Assigned to: Magistrate Judge Timothy P O'Hara

**Defendant (1)**

**840 S. Oneida St., Denver, Colorado, 80224, Including Apt 210**
*More Fully Described in Attachment A*
*TERMINATED: 02/07/2025*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **J.D. Rowell** |
| | | U.S. Attorney's Office |
| | | District of Colorado |
| | | 1801 California Street |
| | | Suite 1600 |
| | | Denver, CO 80202 |
| | | 303-454-0100 |
| | | Fax: 303-454-0401 |
| | | Email: jd.rowell@usdoj.gov |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/03/2025 | 1 | APPLICATION and Affidavit for Search Warrant by Affiant as to 840 S. Oneida St., Denver, Colorado, 80224, Including Apt 210. (echa, ) Modified on 6/20/2025 per 12 Order (ggill, ). (Entered: 02/04/2025) |
| 02/03/2025 | 2 | Search Warrant Issued in case as to 840 S. Oneida St., Denver, Colorado, 80224, Including Apt 210 by Magistrate Judge Timothy P O'Hara. (echa, ) (Entered: 02/04/2025) |
| 02/03/2025 | 3 | MOTION for Leave to Restrict by USA as to 840 S. Oneida St., Denver, Colorado, 80224, Including Apt 210. (echa, ) (Entered: 02/04/2025) |
| 02/03/2025 | 4 | ORDER granting 3 Motion for Leave to Restrict as to 840 S. Oneida St., Denver, Colorado, 80224, Including Apt 210 (1) by Magistrate Judge Timothy P O'Hara on 2/3/2025. (echa, ) (Entered: 02/04/2025) |
| 02/07/2025 | 5 | Search Warrant Returned Executed on 2/5/2025 in case as to 840 S. Oneida St., Denver, Colorado, 80224, Including Apt 210. (echa, ) (Entered: 02/07/2025) |
| 02/07/2025 | 6 | MAGISTRATE CASE TERMINATED as to 840 S. Oneida St., Denver, Colorado, 80224, Including Apt 210 on 2/7/2025. Text Only Entry. (echa, ) (Entered: 02/07/2025) |
| 06/06/2025 | 7 | MOTION to Unrestrict Case *and to file partially redacted unrestricted Doc. 1 and Doc. 5* by USA as to 840 S. Oneida St., Denver, Colorado, 80224, Including Apt 210. (Attachments: # 1 Exhibit Partially Redacted Unrestricted Doc. 1, # 2 Exhibit Partially Redacted Unrestricted Doc. 5, # 3 Proposed Order (PDF Only))(Rowell, J.D.) (Entered: 06/06/2025) |
| 06/16/2025 | 8 | ORDER GRANTING MISCELLANEOUS RELIEF by Magistrate Judge Timothy P. O'Hara on 06/16/2025. The Governments Motion Seeking Miscellaneous Relief [ECF 7 ] is granted. ORDERED that the Clerk of Court shall unrestrict the instant case (1:25- sw-00176-TPO-1) except for Doc. 1 and Doc. 5 . FURTHER ORDERED that the Clerk of Court shall file the partially redacted and unrestricted versions of Doc. 1 and Doc. 5 . (attached to the Motion at Doc. 7-1 and Doc. 7-2) separately onto the case docket sheet for the reasons articulated by the United States in its Motion requesting this relief. (ggill, ) (Entered: 06/16/2025) |
| 06/16/2025 | 9 | REDACTED VERSION of APPLICATION and Affidavit for Search Warrant as to 840 S. Oneida St., Denver, Colorado, 80224, Including Apt 210 pursuant to 8 Order (ggill, ) Modified on 6/16/2025 to add language (ggill, ). (Entered: 06/16/2025) |
| 06/16/2025 | 10 | REDACTED VERSION of Search Warrant Returned in case as to 840 S. Oneida St., Denver, Colorado, 80224, Including Apt 210 pursuant to 8 Order. (ggill, ) Modified on 6/16/2025 to add language (ggill, ). (Entered: 06/16/2025) |
| 06/19/2025 | 11 | MOTION for Leave to Restrict by USA as to 840 S. Oneida St., Denver, Colorado, 80224, Including Apt 210. (Attachments: # 1 Proposed Order (PDF Only))(Rowell, J.D.) (Entered: 06/19/2025) |
| 06/20/2025 | 12 | ORDER granting 11 Motion for Leave to Restrict as to 840 S. Oneida St., Denver, Colorado, 80224, Including Apt 210 (1) by Magistrate Judge Timothy P. O'Hara on 06/20/2025. (ggill, ) (Entered: 06/20/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/20/2025 08:48:38 | | | |
| **PACER Login:** | ndeuschle | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:25-sw-00176-TPO |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |

TERMED

# U.S. District Court - District of Colorado
# District of Colorado (Denver)
# CRIMINAL DOCKET FOR CASE #: 1:25-sw-00177-TPO-1

| | |
|---|---|
| Case title: USA v. 840 S. Oneida St., Denver, Colorado 80224, Apt 301 | Date Filed: 02/03/2025 |
| | Date Terminated: 02/07/2025 |

Assigned to: Magistrate Judge Timothy P O'Hara

**Defendant (1)**

**840 S. Oneida St., Denver, Colorado 80224, Apt 301**
*More Fully Described in attachment A*
*TERMINATED: 02/07/2025*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **J.D. Rowell** |
| | | U.S. Attorney's Office |
| | | District of Colorado |
| | | 1801 California Street |
| | | Suite 1600 |
| | | Denver, CO 80202 |
| | | 303-454-0100 |
| | | Fax: 303-454-0401 |
| | | Email: jd.rowell@usdoj.gov |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/03/2025 | 1 | APPLICATION and Affidavit for Search Warrant by Affiant as to 840 S. Oneida St., Denver, Colorado 80224, Apt 301. (echa, ) Modified on 6/20/2025 per 12 Order (ggill, ). (Entered: 02/04/2025) |
| 02/03/2025 | 2 | Search Warrant Issued in case as to 840 S. Oneida St., Denver, Colorado 80224, Apt 301 by Magistrate Judge Timothy P O'Hara. (echa, ) (Entered: 02/04/2025) |
| 02/03/2025 | 3 | MOTION for Leave to Restrict by USA as to 840 S. Oneida St., Denver, Colorado 80224, Apt 301. (echa, ) (Entered: 02/04/2025) |
| 02/03/2025 | 4 | ORDER granting 3 Motion for Leave to Restrict as to 840 S. Oneida St., Denver, Colorado 80224, Apt 301 (1) by Magistrate Judge Timothy P O'Hara on 2/3/2025. (echa, ) (Entered: 02/04/2025) |
| 02/07/2025 | 5 | Search Warrant Returned Executed on 2/5/2025 in case as to 840 S. Oneida St., Denver, Colorado 80224, Apt 301. (echa, ) (Entered: 02/07/2025) |
| 02/07/2025 | 6 | MAGISTRATE CASE TERMINATED as to 840 S. Oneida St., Denver, Colorado 80224, Apt 301 on 2/7/2025. Text Only Entry. (echa, ) (Entered: 02/07/2025) |
| 06/06/2025 | 7 | MOTION to Unrestrict Case *and file partially redacted unrestricted Doc. 1 and Doc. 5.* by USA as to 840 S. Oneida St., Denver, Colorado 80224, Apt 301. (Attachments: # 1 Envelope Partially redacted unrestricted Doc. 1., # 2 Exhibit Partially redacted unrestricted Doc. 5., # 3 Proposed Order (PDF Only))(Rowell, J.D.) (Entered: 06/06/2025) |
| 06/16/2025 | 8 | ORDER GRANTING MISCELLANEOUS RELIEF by Magistrate Judge Timothy P. O'Hara on 06/16/2025. The Governments Motion Seeking Miscellaneous Relief [ECF 7 ] is granted. ORDERED that the Clerk of Court shall unrestrict the instant case (1:25-sw-00177-TPO) except for Doc. 1 and Doc. 5 . ORDERED that the Clerk of Court shall file the partially redacted and unrestricted versions of Doc. 1 and Doc. 5 . (attached to the Motion at Doc. 7.1 and Doc. 7.2) separately onto the case docket sheet for the reasons articulated by the United States in its Motion requesting this relief. (ggill, ) (Entered: 06/16/2025) |
| 06/16/2025 | 9 | REDACTED VERSION OF APPLICATION and Affidavit for Search Warrant as to 840 S. Oneida St., Denver, Colorado 80224, Apt 301 by USA as to 840 S. Oneida St., Denver, Colorado 80224, Apt 301 pursuant to 8 Order. (ggill, ) Modified on 6/16/2025 to remove name (ggill, ). (Entered: 06/16/2025) |
| 06/16/2025 | 10 | REDACTED VERSION of Search and Seizure Warrant as to 840 S. Oneida St., Denver, Colorado 80224, Apt 301 pursuant to 8 Order. (ggill, ) (Entered: 06/16/2025) |
| 06/19/2025 | 11 | MOTION for Leave to Restrict by USA as to 840 S. Oneida St., Denver, Colorado 80224, Apt 301. (Attachments: # 1 Proposed Order (PDF Only))(Rowell, J.D.) (Entered: 06/19/2025) |
| 06/20/2025 | 12 | ORDER granting 11 Motion for Leave to Restrict as to 840 S. Oneida St., Denver, Colorado 80224, Apt 301 (1) by Magistrate Judge Timothy P. O'Hara on 06/20/2025. (ggill, ) (Entered: 06/20/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/20/2025 08:49:13 | | | |
| **PACER Login:** | ndeuschle | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:25-sw-00177-TPO |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |