**EXHIBIT 3**

**UNREDACTED DOCKET SHEET FOR:**

**Case No. 25-sw-0117**

U.S. District Court - District of Colorado
District of Colorado (Denver)
CRIMINAL DOCKET FOR CASE #: 1:25-sw-00117-NRN-1

Case title: USA v. SEALED

Date Filed: 01/24/2025

Date Terminated: 02/11/2025

Assigned to: Magistrate Judge N. Reid Neureiter

**Defendant (1)**

**6600 Federal Boulevard Denver, Colorado 80221**
*more fully described in Attachment A*
*TERMINATED: 02/11/2025*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| USA | represented by | **Leah Marie Perczak**<br>U.S. Attorney's Office<br>District of Colorado<br>1801 California Street<br>Suite 1600<br>Denver, CO 80202<br>303-454-0100<br>Email: leah.perczak@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Federal Agency Attorney* |
|---|---|---|

| **Date Filed** | **#** | **Docket Text** |
|---|---|---|

| 01/24/2025 | 1 | APPLICATION and Affidavit for Search Warrant by Affiant Matthew Ptak as to 6600 Federal Boulevard Denver, Colorado 80221. (echa, ) (Entered: 01/27/2025) |
|---|---|---|
| 01/24/2025 | 2 | Search Warrant Issued in case as to 6600 Federal Boulevard Denver, Colorado 80221 by Magistrate Judge N. Reid Neureiter. (echa, ) Modified to correct date on 1/27/2025 (echa, ). (Main Document 2 replaced on 11/26/2025) (norlin, ). (Entered: 01/27/2025) |
| 01/24/2025 | 3 | MOTION for Leave to Restrict by USA as to 6600 Federal Boulevard Denver, Colorado 80221. (echa, ) (Main Document 3 replaced on 11/26/2025) (norlin, ). (Entered: 01/27/2025) |
| 01/24/2025 | 4 | ORDER granting 3 Motion for Leave to Restrict as to 6600 Federal Boulevard Denver, Colorado 80221 (1) by Magistrate Judge N. Reid Neureiter on 1/24/2025. (echa, ) (Main Document 4 replaced on 11/26/2025) (norlin, ). (Entered: 01/27/2025) |
| 02/11/2025 | 5 | Search Warrant Returned Executed on 01/26/2025 in case as to 6600 Federal Boulevard Denver, Colorado 80221 (agryan) (Entered: 02/11/2025) |
| 02/11/2025 | 6 | MAGISTRATE CASE TERMINATED as to 6600 Federal Boulevard Denver, Colorado 80221 on 02/11/2025. Text Only Entry (agryan) (Entered: 02/11/2025) |
| 06/06/2025 | 7 | MOTION for Leave to File by USA as to 6600 Federal Boulevard Denver, Colorado 80221. (Perczak, Leah) (Main Document 7 replaced on 11/26/2025) (norlin, ). (Entered: 06/06/2025) |
| 06/06/2025 | 8 | PROPOSED Order by USA as to 6600 Federal Boulevard Denver, Colorado 80221. (Perczak, Leah) Modified on 6/6/2025 to correct entry (rvill, ). (Main Document 8 replaced on 11/26/2025) (norlin, ). (Entered: 06/06/2025) |
| 06/06/2025 | 9 | ORDER GRANTING MISCELLANEOUS RELIEF as to 6600 Federal Boulevard Denver, Colorado 80221 (1) by Magistrate Judge N. Reid Neureiter on 6/6/2025. (norlin, ) (Main Document 9 replaced on 11/26/2025) (norlin, ). (Entered: 06/06/2025) |
| 11/25/2025 | 10 | MOTION for Order by USA as to 6600 Federal Boulevard Denver, Colorado 80221. (Attachments: # 1 Exhibit Redacted Document, # 2 Exhibit Redacted Document, # 3 Proposed Order (PDF Only)) (Perczak, Leah) (Main Document 10 replaced on 11/26/2025) (norlin, ). (Attachment 1 replaced on 11/26/2025) (norlin, ). (Attachment 2 replaced on 11/26/2025) (norlin, ). (Attachment 3 replaced on 11/26/2025) (norlin, ). (Entered: 11/25/2025) |
| 11/26/2025 | 11 | ORDER GRANTING MISCELLANEOUS RELIEF as to 6600 Federal Boulevard Denver, Colorado 80221 (1) By Magistrate Judge N. Reid Neureiter on 11/26/2025. (norlin, ) (Entered: 11/26/2025) |
| 11/26/2025 | 12 | REDACTED APPLICATION and Affidavit for Search Warrant by Affiant as to 6600 Federal Boulevard Denver, Colorado 80221. (norlin, )[docketed by clerk pursuant to ECF 11 Order] (Entered: 11/26/2025) |
| 11/26/2025 | 13 | REDACTED Search Warrant Returned Executed in case as to 6600 Federal Boulevard Denver, Colorado 80221 (norlin, ) [docketed by clerk pursuant to ECF 11 Order] (Entered: 11/26/2025) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 12/05/2025 10:55:44 | | |
| PACER Login: | Lperczak | Client Code: |
| Description: | Docket Report | Search Criteria: | 1:25-sw-00117-NRN |
| Billable Pages: | 3 | Cost: | 0.30 |